**FILED**

JAN 12 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**21CR50007**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| v. | ) | |
| SEAN CARDENAS | ) | Violation: Title 18, United States Code, Section 844(i) |

The SEPTEMBER 2019 GRAND JURY charges:

That on or about May 30, 2020, at Rockford, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

SEAN CARDENAS,

defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building located at 6260 E. State Street in Rockford, Illinois, and other real and personal property, which was being used in interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
FOREPERSON

_John R. Lausch, Jr./mJS_
UNITED STATES ATTORNEY