FILED
JAN 12 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 21CR50007 |
| vs. | UNDER SEAL |
| SEAN CARDENAS | |

### GOVERNMENT'S MOTION TO SEAL THE INDICTMENT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal the Indictment:

The public filing of the Indictment in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Indictment, as well as this Motion to Seal, be sealed until the time of the first arrest of the named defendant in this case or further order of the Court, whichever occurs earlier.

DATE: January 12, 2021

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: _____
JESSICA S. MAVEUS
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444