## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 21 - CR - 50007 |
| v. | ) | |
| | ) | |
| SEAN CARDENAS, | ) | |
| | ) | Judge Iain D. Johnston |
| Defendant. | ) | |
| | ) | |

## SENTENCING MEMORANDUM ON BEHALF OF SEAN CARDENAS

NOW COMES the Defendant, Sean Cardenas, by and through his attorney, Robert M. Fagan, and herewith submits his Sentencing Memorandum, for consideration by this Honorable Court. This Memorandum is submitted in order to provide information to assist the Court in fashioning a sentence "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by 18 U.S.C. §3553(a) in light of United States v. Booker, 125 S.Ct. 738 (2005). Defendant Cardenas states as follows:

Mr. Cardenas appears for sentencing remorseful and in full acceptance of the judgment and sentence of this Court for Arson, in violation of title 18, United States Code, Section 844(i), and all relevant conduct attendant thereto. He also fully appreciates the wrongfulness of his conduct. He appears for sentencing determined to show the Court and prove going forward that he continues to reform and rehabilitate and that whatever sentence the Court deems appropriate, he resolves to not involve himself in any type of criminal activity going forward. Mr. Cardenas also has a full understanding of the range of sentencing options available to this Court in fashioning a sentence consistent with the parsimony provision

of Title 18, U.S.C. § 3553, as well as the Guideline factors that must be considered by this Court under that section.

The Government has determined that Mr. Cardenas' Guidelines sentencing range should be 60 to 71 months of imprisonment and has recommended that the Court impose a sentence of 60 months in the Bureau of Prisons. The Probation Officer agrees with the Government's calculation. Mr. Cardenas has no additions or corrections to the Presentence Investigation Report. He respectfully requests this Honorable Court sentences him to the statutory mandatory minimum of 60 months, as recommended by the Government.

Defendant Cardenas is 22 years of age and has led what can only be classified as a challenging and less than conventional life. As to the §3553(a) factor of promoting respect for the law, the 60 month sentence sought by Mr. Cardenas would not breed disrespect for the law. In the minds of many, mercy and leniency at appropriate times can do as much to promote respect for the law as acting consistently with the imposition of heavy-handed justice. Mr. Cardenas respectfully submits that he presents such a case and prays the Court agrees that a sentence of 60 months in the Bureau of Prisons, would be sufficient but not greater than necessary to achieve the goals set forth in § 3553(a) in this case.

Sean Cardenas respectfully prays this Honorable Court enter a sentence consistent with his prayer herein, as well as granting such other and further relief as this Court deems equitable and just.

Respectfully submitted,

SEAN CARDENAS

By:     /S *Robert M. Fagan*
        Attorney for the Defendant

Page 2 of 3

## CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ.

P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

DEFENDANT'S SENTENCING MEMORANDUM

was served pursuant to the district court's ECF system as to ECF filers on July 20, 2022.

/s *Robert M. Fagan*

Law Offices Of Robert M. Fagan, Ltd.
210 Lincoln Douglas Center
10 North Galena Avenue
Freeport, IL 61032-4360
815.233.5800
815.232.5500 (Facsimile)
Fagan@prodigy.net